UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA,<br><br>Defendant. | No. 2:24-cv-3738 DAD AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in pro se. The case was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This action was removed from San Joaquin County Superior Court on December 26, 2024. ECF No. 1. On January 30, 2025, defendant filed a motion to dismiss set to be heard on March 12, 2025. ECF No. 5. Due to the court's schedule, the hearing was re-set to March 19, 2025. ECF No. 9. Per Local Rules 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was February 13, 2025. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 19, 2025 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-

1

1  opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails
2  to respond, the undersigned will recommend that this case be dismissed for failure to prosecute
3  pursuant to Local Rule 110.
4        IT IS SO ORDERED.
5  DATED: February 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE