1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    JACKIE STAPLETON,                          No.  2:24-cv-3738-DAD-AC

11                 Plaintiff,

12          v.                                   ORDER

13    UNITED HEALTHCARE BENEFITS
      PLAN OF CALIFORNIA,
14
                 Defendant.
15

16          The court has reviewed plaintiff's application to proceed in forma pauperis.   ECF No. 13.

17    In forma pauperis status permits a person to file a lawsuit without prepaying fees or costs.

18    Because defendant removed this case to federal court from state court, defendant is responsible

19    for any prefiling fees and costs, not the plaintiff.  Accordingly, the application at ECF No. 13 is

20    DENIED as MOOT.

21          The court is in receipt of plaintiff's ex parte request to participate in electronic filing

22    pursuant to Local Rule 133(b)(3).  ECF No. 14.  The court has reviewed the filing and, upon

23    finding good cause, GRANTS plaintiff's request.  The clerk of court is hereby ordered to make

24    the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

25          IT IS SO ORDERED.

26    DATED: March 11, 2025

27                                              _____
                                                ALLISON CLAIRE
28                                              UNITED STATES MAGISTRATE JUDGE