UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STAPLETON, | No. 2:24-cv-03738 DAD AC |
| Plaintiff, | |
| v. | |
| UNITED HEALTHCARE BENEFITS PLAN OF CALIFORNIA, | ORDER |
| Defendant. | |

    This case was removed from San Joaquin County Superior Court on December 26, 2024, by the defendant. ECF No. 1. Defendant filed a motion to dismiss. ECF No. 5. Plaintiff opposes the motion. ECF No. 12. Plaintiff filed a motion to remand (ECF No. 16) and a motion to transfer this case to the Fresno division of the Eastern District of California (ECF No. 17).

    In the request to transfer, plaintiff explains that she lives in Fresno. ECF No. 17 at 1. Plaintiff states she has never lived in Sacramento, and the Sacramento courthouse is more than 3 hours from her home in Fresno. Id. at 2. Plaintiff states that she is ill, and it is difficult for her to access the Sacramento courthouse. Id. Plaintiff attempted to contact defense counsel but was unable to reach her. Id. Defense counsel's address is listed on the docket as San Francisco, California.

    Pursuant to Local Rule 120(f), "Whenever in any action the Court finds upon its own

motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District." The court finds good cause to transfer this case to the Fresno division in light of plaintiff's pro se status, her illness, and her statement that she lives in Fresno and has difficulty accessing the Sacramento courthouse. The court finds that the transfer will not pose any undue burden to defendant.

Good cause appearing, IT IS HEREBY ORDERED that

1. Plaintiff's ex parte request to transfer venue (ECF No. 17) is GRANTED;
2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and
2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>   United States District Court
>   Eastern District of California
>   2500 Tulare Street
>   Fresno, CA 93721

IT IS SO ORDERED.

DATED: March 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2